IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       )        8:03CR384
                              )
     v.                       )
                              )
COURTNEY NELSON,              )        ORDER
                              )
             Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion for hearing on Rule 35 motion (Filing No. 49). Accordingly,

IT IS ORDERED that said motion is granted; a hearing on plaintiff's Rule 35 motion (Filing No. 48) is scheduled for:

**Friday, June 24, 2005, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Defendant need not be present.

DATED this 13th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court