IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:03CR384
                               )
      v.                       )
                               )
COURTNEY NELSON,               )       ORDER
                               )
            Defendant.         )
_____ )
```

This matter is before the Court on plaintiff's motion to continue hearing on Rule 35 motion (Filing No. 53). Accordingly,

IT IS ORDERED that said motion is granted; hearing on plaintiff's Rule 35 motion (Filing No. 48) will be rescheduled when plaintiff notifies the Court that defendant's cooperation has been completed.

DATED this 21st day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court