IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )        8:03CR384
                             )
         v.                  )
                             )
COURTNEY NELSON,             )        ORDER
                             )
              Defendant.     )
_____)
```

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion (Filing No. 48) is scheduled for:

**Friday, August 19, 2005, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 28th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court