IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR384 |
| | ) | |
| v. | ) | |
| | ) | |
| COURTNEY D. NELSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 19, 2005, defendant appeared through counsel on a motion for reduction of sentence (Filing No. 48), filed by the plaintiff, pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. The Court recommends to the Bureau of Prisons that the defendant participate in the 500-hour Comprehensive Drug Treatment Program or any similar drug treatment program available. Accordingly,

IT IS ORDERED:

1) The government's motion for reduction of sentence is granted.

2) Defendant be committed to the custody of the Bureau of Prisons for a term of 48 months. Defendant is to be given credit for time previously served under the previous Judgment and Committal Order dated February 19, 2004, which was signed and filed on March 8, 2004 (Filing No. 41).

3) All other terms and conditions of the Judgment and Committal Order dated February 19, 2004, remain in full force and effect.

4)   That the transcript of the Rule 35 hearing of August 19, 2005, be sealed.

DATED this 19th day of August, 2005.

> BY THE COURT:
>
> /s/ Lyle E. Strom
> _____
> LYLE E. STROM, Senior Judge
> United States District Court