IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR384 |
| | ) | |
| v. | ) | |
| | ) | |
| COURTNEY NELSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 87). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; a final dispositional hearing on the petitions for warrant or summons for offender under supervision (Filing Nos. 68 and 84) is rescheduled for:

**Thursday, April 28, 2011, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 16th day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court